AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

PRIORITY OUTDOOR PRODUCTS, LLC, a Delaware Limited Liability Company,

*Plaintiff(s)*

v.

RIDE AVENTON INC., a Delaware Corporation; and DOES 1-10, inclusive,

*Defendant(s)*

Civil Action No. 2:26-cv-10559

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RIDE AVENTON, INC.
3040 Saturn St, Suite 202
Brea, CA 92821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brent H. Blakely (SBN 157292)
Tara A. Currie (SBN 323984)
BLAKELY LAW GROUP
1108 Manhattan Avenue, Suite B
Manhattan Beach, California 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-10559

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________

was received by me on *(date)* ________ .

❒ I personally served the summons on the individual at *(place)* ________

________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________

________ , a person of suitable age and discretion who resides there,

on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________

________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ________

________________
*Server's signature*

________________
*Printed name and title*

________________
*Server's address*

Additional information regarding attempted service, etc: