POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Brent Blakely \| SBN: 157292<br>Blakely Law Group<br>1108 Manhattan Avenue Suite B Manhattan Beach, CA 90266<br>TELEPHONE NO.: (310) 546-7400 \| FAX NO. \| E-MAIL ADDRESS *(Optional):* bblakely@blakelylawgroup.com<br>ATTORNEY FOR *(Name):* Plaintiff: Priority Outdoor Products, LLC | |
| **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 350 W 1st Street<br>MAILING ADDRESS: 350 W 1st Street<br>CITY AND ZIP CODE: Los Angeles, CA, 90012<br>BRANCH NAME: | |
| PLAINTIFF: PRIORITY OUTDOOR PRODUCTS, LLC, etc.<br>DEFENDANT: RIDE AVENTON INC., a Delaware Corporation; et al. | CASE NUMBER:<br>2:26-cv-10559-SRM-AJR |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 142981 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☑ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ Cross-complaint
   - f. ☑ other *(specify documents):* **See Attachment "A" - ADDITIONAL DOCUMENTS SERVED**
3. a. Party served *(specify name of party as shown on documents served):*
   **RIDE AVENTON INC., a Delaware Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Jianwei Zhang - Agent for Service of Process**
4. Address where the party was served: **3040 Saturn St., Suite 202 Brea, CA 92821**
5. I served the party *(check proper box)*
   - a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to **receive service of process for the party (1) on** *(date):* (2) at *(time):*
   - b. ☑ **by substituted service.** On *(date):* **10/2/2026** at *(time):* **1:48 PM** I left the documents listed in item 2 with or **in the presence of** *(name and title or relationship to person indicated in item 3b):*
     **Monse Munoz - Human Resources Specialist**
     - (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PETITIONER: PRIORITY OUTDOOR PRODUCTS, LLC, etc. RESPONDENT: RIDE AVENTON INC., a Delaware Corporation; et al. | CASE NUMBER: 2:26-cv-10559-SRM-AJR |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**
a. Name: **JACQUELINE LORATI - County Legal Attorney Service**
b. Address: **816 S. Figueroa Street, #100 Los Angeles, CA 90017**
c. Telephone number: **(213) 327-0014**
d. **The fee** for service was: **$ .00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☐ employee ☑ independent contractor.
(ii) Registration No.: **482**
(iii) County: **Orange**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/7/2026**

**County Legal Attorney Service**
**816 S. Figueroa Street, #100**
**Los Angeles, CA 90017**
**(213) 327-0014**
**www.countylegalsvc.com**

**JACQUELINE LORATI**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**Attachment "A" - ADDITIONAL DOCUMENTS SERVED**

1. Summons in a Civil Action;
2. Notice of Assignment to United States Judges;
3. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge;
4. Notice to Parties of Court-Directed ADR Program